IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| HUTTIG BUILDING PRODUCTS, INC., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 4:15-cv-00483-CEJ |
| AMERICAN HOME ASSURANCE COMPANY, et al., | ) ) ) |
| Defendants. | ) ) |

## ORDER

1. The Court approves the Stipulation of the parties and grants the motion to dismiss.

2. Huttig Building Products Inc.'s ("Huttig") First Amended Complaint against Liberty Mutual Insurance Company ("Liberty Mutual") is dismissed, as to Liberty Mutual, **with prejudice**, on the merits, and without any costs to any party.

3. Liberty Mutual's Counterclaim for Declaratory Judgment Against Huttig and Joinder/Counterclaim Against Crane ("Counterclaim") is dismissed, as to Huttig, **with prejudice**, on the merits, and without any costs to any party.

4. Liberty Mutual's Counterclaim is dismissed, as to Crane Co., **without prejudice**, on the merits, and without any costs to any party.

Dated this 27th day of June, 2016.

SO ORDERED:

*[signature]*
Carol E. Jackson
United States District Judge