IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| HUTTIG BUILDING PRODUCTS, INC. | ) |
| | ) |
| Plaintiff, | ) Case No.: 4:15-cv-00483-CEJ |
| | ) |
| v. | ) |
| | ) |
| AMERICAN HOME ASSURANCE CO., *et al.*, | ) |
| | ) |
| Defendants. | ) |

## STIPULATED ORDER OF DISMISSAL OF DEFENDANT AMERISURE WITH PREJUDICE AND WITHOUT COSTS

Pursuant to stipulation between Plaintiff Huttig Building Products, Inc. ("Huttig") and Defendant Amerisure Mutual Insurance Company ("Amerisure") under Rule 41(a)(2) of the Federal Rules of Civil Procedure, and the Court being otherwise advised, it is hereby ordered that the above-referenced lawsuit be dismissed as to Amerisure with prejudice and without costs or attorney fees. This order does not dismiss Huttig's claims against any other party.

**IT IS SO ORDERED.**

_____
Honorable Carol E. Jackson
U.S. District Court Judge

Dated: June **27**, 2016

**SO STIPULATED:**

| | |
|---|---|
| */s/ James F. Bennett* | */s/Nicole E. Wilinski* |
| James F. Bennett MO46826 | NICOLE E. WILINSKI |
| Matthew K. Crane MO65854 | Collins Einhorn Farrell PC |
| Dowd Bennett LLP | *Attorneys for Defendant Amerisure* |
| *Attorneys for Plaintiff Huttig* | 4000 Town Center, 9th Floor |
| 7733 Forsyth Blvd., Ste. 1900 | Southfield, MI 48075 |
| St. Louis, MO 63105 | (248) 355-4141 |
| (314) 889-7300 | nicole.wilinski@ceflawyers.com |
| jbennett@dowdbennett.com | |
| mcrane@dowdbennett.com | |